[No. 43102-5-II.   Division Two.   July 2, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS WAYNE MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-01413-4, Robert A. Lewis, J., entered January 25, 2012. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Penoyar, JJ.

[No. 43217-0-II.   Division Two.   July 2, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAW CARL SEAMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00189-4, James W. Lawler, J., entered March 12, 2012. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Johanson, J., and Lee, J. Pro Tem.

[No. 43538-1-II.   Division Two.   July 2, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. SANDY JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-00226-6, Barbara D. Johnson, J., entered May 21, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Hunt, J.

[No. 30385-3-III.   Division Three.   July 2, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. NICOLE MARIE LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-1-02276-9, David A. Elofson, J., entered November 9, 2011. *Reversed* and *remanded* by unpublished opinion per Siddoway, A.C.J., concurred in by Brown and Kulik, JJ.